IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE LOOMIS COMPANY | : | CIVIL ACTION |
| v. | : | |
| KEYW CORPORATION | : | NO. 13-974 |

ORDER

AND NOW, this 13th day of May, 2015, upon consideration of the defendant's motion for summary judgment (Docket No. 22) and the opposition and reply thereto, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED and judgment is entered for the defendant and against the plaintiff.

This case is now closed.

BY THE COURT:

MARY A. McLAUGHLIN, J.

FILED
MAY 13 2015
MICHAEL E. KUNZ, Clerk
By _____